# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**D'UANTE' WEAVER**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #178167

v.　　　　　　　　　CASE NO: 4:25-CV-01036-BSM

**JAMES GIBSON,** *et al.*　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE